writ of error coram nobis denied. Present—Whalen, P.J., Peradotto, NeMoyer, Curran and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL A. JARAMILLO, Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Lindley and Curran, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASIEM WILLIAMS, Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Carni, Lindley and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK WOODWORTH, Appellant. [53 NYS3d 840]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Lindley, Curran and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ROSS, Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Centra, Lindley and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE E. SCARVER, Also Known as "C", Appellant. [53 NYS3d 580]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley and Scudder, JJ.

TIMOTHY TAGGART, Respondent, v MARGARET FANDEL et al., Appellants. [53 NYS3d 581]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GARCIA, Appellant. [53 NYS3d 581]—Motion for reargument and reconsideration denied. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

In the Matter of EASTBROOKE CONDOMINIUM by its Board of Managers on Behalf of ALL HOMEOWNERS AND BRIGHTON EASTBROOKE HOMEOWNERS, Appellant, v ELAINE AINSWORTH, Assessor, et al., Respondents. (Proceeding No. 1.) In the Matter of EASTBROOKE CONDOMINIUM by its Board of Managers on Behalf of ALL UNIT OWNERS, Appellant, v ELAINE AINSWORTH, Assessor, et al., Respondents. (Proceeding No. 2.) In the Matter of EASTBROOKE CONDOMINIUM by its Board of Managers on Behalf of ALL UNIT OWNERS, Appellant, v TOWN OF BRIGHTON BOARD OF ASSESSMENT REVIEW et al., Respondents. (Proceeding No. 3.) (Appeal No. 1.) [53 NYS3d 581]—Mo-

tion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Curran, Troutman and Scudder, JJ.

■ ACEA MOSEY, as Administrator of the Estate of LAURA CUMMINGS, Deceased, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 1.) [53 NYS3d 582]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.

■ DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Respondent, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Action No. 1.) DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Respondent, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Action No. 2.) DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Doing Business as EMPIRE STATE DEVELOPMENT, et al., Respondents. (Action No. 3.) [53 NYS3d 582]—Motion for leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.

■ EUGENE MARGERUM et al., Respondents, et al., Plaintiff, v CITY OF BUFFALO et al., Appellants, et al., Defendant. [53 NYS3d 583]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.

■ RONALD L. HAWE, Appellant, v TODD DELMAR, Individually and as an Employee of OSWEGO COUNTY et al., Respondents. [53 NYS3d 583]—Motion for leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., DeJoseph, Curran and Scudder, JJ.

■ THOMAS P. JOUSMA et al., Respondents, v VENKATESWARA R. KOLLI et al., Appellants. [53 NYS3d 583]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Scudder, JJ.

■ DARELYN CLAUSE, as Administratrix of the Estate of KYLE C. ATKINS, Deceased, Appellant, v ERIE COUNTY MEDICAL CENTER et al., Defendants, and WILLIAM J. FLYNN, JR., M.D., et al., Respondents. [53 NYS3d 584]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.